```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DANNY RAMIREZ CRUZ GUERRO et al.,                                      :
                                                                       :
                              Plaintiffs,                              :
                                                                       :         22 Civ. 9194 (JPC)
                -v-                                                    :
                                                                       :             ORDER
MONTEFIORE HEALTH SYSTEMS INC. et al.,                                 :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Defendant CSS Building Solutions Inc.'s ("CSS") deadline to answer the Third Amended Complaint, Dkt. 40, was May 12, 2023, *see* Dkt. 43, yet the docket does not reflect any response to the Third Amended Complaint from CSS. Accordingly, CSS's deadline to respond to the Third Amended Complaint is adjourned to May 19, 2023.

SO ORDERED.

Dated: May 15, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge