

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/13/2023

**MEMO ENDORSED**

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

July 12, 2023

> **APPLICATION GRANTED:**  The Initial Case Management Conference scheduled for 8/24/2023 at 03:15 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Wednesday, September 27, 2023 at 3:00 p.m.</u>
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 07/13/2023

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Guerrero, et al. v. Montefiore Health System, Inc. and CSS Building Solutions Inc.*,
        No. 22-cv-09194-JPC-KHP

Dear Judge Parker:

We represent Defendant Montefiore Health System, Inc. ("Montefiore") in the above-referenced matter. We write pursuant to Rule I.c Your Honor's Individual Rules of Practice to request an adjournment of the initial case management conference, which is currently scheduled for August 24, 2023, at 3:15 p.m. I will be in transit to Seattle during the time the conference is scheduled for and therefore unable to attend the conference on August 24th.  All counsel consent to the adjournment request, and have conferred regarding alternative dates. All parties are available on September 11, 2023, for the initial case management conference.

This is Montefiore's first request for an adjournment of the initial case management conference. Plaintiff and Defendant CSS Building Solutions Inc. consent to this request. Thank you for your consideration.

Sincerely,

*/s/ Eli Z. Freedberg*

Eli Z. Freedberg
Shareholder

littler.com