USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2023

# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

June 26, 2023

**VIA ECF AND E-MAIL (CronanNYSDChambers@nysd.uscourts.gov)**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

> **Application granted.** The parties are excused from participating in an early mediation. The parties are not excused from producing the five categories of documents as set forth in Judge Cronan's order at ECF No. 48. If the parties have not yet complied with that portion of the Order, they shall do so by Thursday, August 31, 2023.
>
> **SO ORDERED:**
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE  8/3/2023

Re: *Guerrero, et al. v. Montefiore Health System, Inc. and CSS Building Solutions Inc.*, No. 22-cv-09194 (JPC) (KHP)

Dear Judge Cronan:

    We represent Plaintiffs in the above-referenced matter. Following the May 19, 2023 mediation referral order (ECF No. 48), the parties conferred and now jointly submit this letter to request that mediation be adjourned *sine die*. Counsel for the parties are in ongoing discussions regarding Plaintiffs' anticipated motion for certification of a Fair Labor Standards Act collective and Rule 23 class. Mediation prior to the resolution of issues surrounding potential collective and class certification and identification of potential collective and class members would be premature.

    Pursuant to the Court's Individual Rule 3(B), this is the parties' first request for an adjournment of the mediation deadline. No other deadlines are affected by this request.

    We thank the Court for its time and consideration.

Respectfully submitted,

Christian Mercado

cc: All counsel (via ECF)