UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRUZ GUERRERO, et al.,

                          Plaintiffs,

          -against-

MONTEFIORE HEALTH SYSTEM INC. et al.,

                          Defendants.

22-CV-09194 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

        Pursuant to the Court's August 7th Order, ECF No. 56, the parties were required to file a joint status letter, the contents of which are described in the Court's order, no later than two weeks from the date of that Order. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **Thursday, August 24, 2023.**

        SO ORDERED.

Dated: August 22, 2023
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge