# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
WWW.PECHMANLAW.COM

**MEMO ENDORSED**

September 25, 2023

**VIA ECF**

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/25/2023

    Re:  *Guerrero, et al. v. Montefiore Health System, Inc. and CSS Building Solutions Inc.*, No. 22-cv-09194 (AS) (KHP)

Dear Judge Parker:

    We represent Plaintiffs in the above-referenced matter and submit this letter to request that the in-person Initial Case Management Conference scheduled for September 27, 2023 be conducted via telephone or video conference. The reason for this request is that lead counsel for Plaintiffs, Louis Pechman, recently underwent knee surgery and is unable to attend the conference in-person. Counsel for Defendants consents to this request.

    We thank the Court for its time and consideration.

                                 Respectfully submitted,

                                 *s/Vivianna Morales*

                                 Vivianna Morales

    cc: All counsel (via ECF)

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for <u>Wednesday, September 27, 2023 at 3:00 p.m.</u> in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York, NY is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. <u>Please dial (866) 434-5269; access code 4858267.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**09/25/2023**