```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DANNY RAMIREZ CRUZ GUERRERO
et al.,

                                Plaintiffs,                        22-CV-9194 (AS) (KHP)

                    -against-

                                                                     **ORDER**

MONTEFIORE HEALTH SYSTEM INC. et al.,

                                Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The parties filed a proposed protective order for the Court to so-order. The Court approves of the content of the proposed order, but directs the parties to file the proposed order in a clean format without the use of tracked changes for the Court to so-order.

      **SO ORDERED.**

DATED:      New York, New York
                   November 21, 2023

                                                                     _____
                                                                     KATHARINE H. PARKER
                                                                     United States Magistrate Judge