USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2024

# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
WWW.PECHMANLAW.COM

**MEMO ENDORSED**

February 5, 2024

**VIA ECF**

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

> **APPLICATION GRANTED:** The Settlement Conference scheduled for <u>February 15, 2024</u> is hereby adjourned. The scheduling of a future Settlement Conference will be addressed at the Case Management Conference scheduled for <u>Tuesday, February 13, 2024 at 11:30 a.m.</u>
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 02/06/2024

Re: *Guerrero, et al. v. Montefiore Health System, Inc. and CSS Building Solutions Inc.*, No. 22-cv-09194 (AS) (KHP)

Dear Judge Parker:

We represent the Plaintiffs in the above-referenced matter. We submit this letter on behalf of all parties to request an adjournment of the settlement conference scheduled for February 15, 2024 (ECF No. 66).

The reason for the adjournment is that the parties believe additional discovery, specifically discovery related to the proposed class, is needed before participating in a settlement conference before Your Honor. To that end, Plaintiffs are reviewing the adequacy of recent supplemental document productions made by Defendant CSS, and the parties anticipate conducting depositions within the next month. For these reasons, the parties believe that a settlement conference on February 15 would be premature.

Pursuant to the Court's Individual Rule 3(B), this is the parties' first request for an adjournment of a deadline set in the Court's September 28, 2023, scheduling order (ECF. No 66). No other deadlines are affected by this request.

We thank the Court for its consideration of this matter.

Respectfully submitted,

Vivianna Morales

cc: All counsel (via ECF)