**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

DANNY RAMIREZ CRUZ GUERRERO
et al.,

                         Plaintiffs,

               -against-

MONTEFIORE HEALTH SYSTEM INC. et al.,

                         Defendants.
------------------------------------------------------------------X

**22-CV-9194 (AS) (KHP)**

**ORDER**

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED: 2/12/2024            │
└─────────────────────────────────┘
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The case management conference scheduled for Tuesday, February 13, 2024 at 11:30

a.m. is converted to a telephonic conference.  At the scheduled time, the parties shall dial (646)

453-4442, conference code 705 948 409#.

               **SO ORDERED.**

DATED:      New York, New York
               February 12, 2024

                                      *Katharine H. Parker*
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge