**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
  DANNY RAMIREZ CRUZ GUERRERO
  et al.,

                              Plaintiffs,                      **22-CV-9194 (AS) (KHP)**

                -against-

MONTEFIORE HEALTH SYSTEM INC. et al.,                 **ORDER**

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed at the February 13, 2024 Case Management Conference, the parties shall file a joint status letter on **Thursday, March 14, 2024** that provides an update as to the status of discovery, and if necessary, propose reasonable extensions to the discovery deadlines. The status letter should also propose a briefing schedule for any anticipated motions that the parties intend to file following the close of discovery in the event the case is not resolved at the upcoming settlement conference.

      **SO ORDERED.**

DATED:      New York, New York
                February 14, 2024

                                                      _/s/ Katharine H. Parker_
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2024