UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  DANNY RAMIREZ CRUZ GUERRERO
  et al.,

                              Plaintiffs,

                  -against-

MONTEFIORE HEALTH SYSTEM INC. et al.,

                              Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8/16/2024___

22-CV-9194 (AS) (KHP)

**ORDER**

KATHARINE H. PARKER, United States Magistrate Judge:

    The parties shall file a joint status letter by **Wednesday, September 4, 2024**, updating the Court on the status of the case and whether the parties still intend to engage in summary judgment motion practice.

              **SO ORDERED.**

DATED:      New York, New York
           August 16, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge

1