UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DANNY RAMIREZ CRUZ GUERRERO and
CRISTOPHER ISMAEL RAMIREZ MOREL, on
behalf of themselves and all others similarly
situated,

                Case No. 22 Civ. 09194(KHP)

            Plaintiffs,

    -against-                              **NOTICE OF MOTION**

MONTEFIORE HEALTH SYSTEM, INC. and CSS
BUILDING SOLUTIONS INC.,

            Defendants.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Affirmation of Louis Pechman, Esq., with its attached exhibits, as well as all prior proceedings had in this Action, Plaintiffs Danny Ramirez Cruz Guerrero and Cristopher Ismael Ramirez Morel will move this Court before the Honorable Katharine H. Parker, United States Magistrate Judge for the Southern District of New York, for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure preliminarily approving the Parties' settlement on a class basis. For the Court's convenience, a proposed order is attached to the Affirmation of Louis Pechman, Esq. as Exhibit 2.

Dated: New York, New York
       August 30, 2024

                                            PECHMAN LAW GROUP PLLC

                                            By: _s/ Louis Pechman_
                                                 Louis Pechman
                                                 Vivianna Morales
                                                 488 Madison Avenue, 17th Floor
                                                 New York, New York 10022
                                                 Tel.: (212) 583-9500
                                                 pechman@pechmanlaw.com
                                                 morales@pechmanlaw.com
                                                 _Attorneys for Plaintiffs, the Putative Rule 23_
                                                 _Class, and the Putative FLSA Collective_