```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DANNY RAMIREZ CRUZ GUERRERO and          :
CRISTOPHER ISMAEL RAMIREZ MOREL, on behalf :
of themselves and all others similarly situated, :
                                         :
                    Plaintiffs,          :
                                         :   Case No. 22 Civ. 09194
        -against-                        :
                                         :   ORDER
                                         :   GRANTING
MONTEFIORE HEALTH SYSTEM, INC. and CSS   :   PRELIMINARY APPROVAL
BUILDING SOLUTIONS INC.,                 :   OF SETTLEMENT
                                         :
                    Defendants.          :
------------------------------------------------------------------X

On _September 9_____, 2024, the Court heard an unopposed motion by Danny Ramirez Cruz Guerrero and Cristopher Ismael Ramirez Morel (together, "Plaintiffs") and the above-captioned Defendants. The Court has considered the Settlement Agreement and Release ("Stipulation") and the proposed Notice of Class Action Lawsuit Settlement and Fairness Hearing ("Class Notice") and hereby finds and orders as follows:

The Court finds on a preliminary basis that the settlement memorialized in the Stipulation, filed with the Court, falls within the range of reasonableness and, therefore, meets the requirements for preliminary approval.

The Court conditionally certifies, for settlement purposes only, the following class ("Class") described in the Stipulation: All individuals employed by CSS who performed cleaning duties at Montefiore facilities at any time from March 13, 2016, to October 27, 2022.

The Court finds, for settlement purposes only, the requirements of Federal Rule of Civil Procedure 23(a) and Federal Rule of Civil Procedure 23(b)(3) are satisfied, with the exception of the manageability requirement of Rule 23(b)(3) that the Court need not address for purposes of settlement.

The Court appoints Danny Ramirez Cruz Guerrero and Cristopher Ismael Ramirez Morel, for settlement purposes only, as Class Representatives.

The Court appoints, for settlement purposes only, Pechman Law Group PLLC as Class Counsel for the purposes of settlement and the releases and other obligations therein.

The Court appoints, for settlement purposes only, Rust Consulting Inc. as Settlement Administrator to carry out the duties and procedures set forth in the Stipulation, including the dissemination of Class Notices to all Class Members.

The Court approves the proposed Class Notice, attached as Exhibit A to the Stipulation.

The Court orders the Settlement Administrator to mail those documents to the Class Members as provided in the Stipulation.

The Court will conduct a Final Approval Hearing on _Jan 7_, 2025, at _2_ a.m./p.m. to determine the overall fairness of the settlement, attorneys' fees and costs to Class Counsel, service awards to the Class Representatives, and fees and costs to the Claims Administrator.

The Final Approval Hearing may be continued without further notice to Class Members. Class Counsel shall file the motion for final approval of the settlement sought in the Stipulation on or before _December 18_, 2024.

SO ORDERED.

Dated: New York, New York
_September 9_, 2024

_/s/ Katharine H. Parker_
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE