UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DANNY RAMIREZ CRUZ GUERRERO and :
CRISTOPHER ISMAEL RAMIREZ MOREL, on :
behalf of themselves and all others similarly :
situated, :
:
                          Plaintiffs, :  Case No. 22 Civ. 09194 (KHP)
:
     -against- :
:  **NOTICE OF MOTION**
:
MONTEFIORE HEALTH SYSTEM, INC. and CSS :
BUILDING SOLUTIONS INC., :
:
                          Defendants. X
------------------------------------------------------------------------

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Affirmation of Louis Pechman, Esq., with its attached exhibits, as well as all prior proceedings had in this Action, Plaintiffs Danny Ramirez Cruz Guerrero and Cristopher Ismael Ramirez Morel will move this Court before the Honorable Katharine H. Parker, United States Magistrate Judge for the Southern District of New York, for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure and the Fair Labor Standards Act granting final approval of the Parties' settlement on a class and collective action basis. For the Court's convenience, a proposed Order is attached to the Affirmation of Louis Pechman as Exhibit 5.

Dated:  New York, New York
          December 18, 2024

                                                  PECHMAN LAW GROUP PLLC

                                                  By: */s/ Louis Pechman*
                                                     Louis Pechman
                                                     Vivianna Morales
                                                     488 Madison Avenue, 17th Floor
                                                     New York, New York 10022
                                                     Tel.:  (212) 583-9500
                                                     pechman@pechmanlaw.com
                                                     morales@pechmanlaw.com
                                                     *Attorneys for Plaintiffs, the Rule 23 Class, and the FLSA Collective*